

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-23-00096-CV
_____

IN THE INTEREST OF K.M., A CHILD

On Appeal from the 322nd District Court
Tarrant County, Texas
Trial Court No. 322-716209-22

Before Kerr, Birdwell, and Bassel, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered appellants' "Respondent[s] Xalia McQueen and Jasen McQueen's Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Per Curiam

Delivered: April 13, 2023